JOSEPHINE LAYER and RICHARD LAYER, Respondents, v. CONEY ISLAND HOTEL CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

McNALLY BROTHERS, INC., Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Davis, Adel and Taylor, JJ.; Carswell, J., not voting.

BETTY SIEGLER and Another, Appellants, v. MAX VOGEL and Another, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

SOPHIE KATZ STECKER, Respondent, v. NASSAU COUNTY TRUST COMPANY, as Executor and Trustee under the Last Will and Testament of JOSEPH S. LUDLAM, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.